UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS,<br>　　Plaintiff,<br><br>　　v.<br><br>WATSON, et al.,<br>　　Defendants. | :<br>:<br>:<br>:　　CASE NO. 3:18-cv-1725 (VLB)<br>:<br>:<br>: |

## ORDER OF DISMISSAL

Plaintiff, Kacey Lewis, seeks to proceed in this case *in forma pauperis*. On October 26, 2018, the Court issued a Notice of Insufficiency informing Plaintiff of deficiencies in his motion to proceed *in forma pauperis* that needed to be corrected before the Court could consider his motion. Plaintiff was informed that if the deficiencies were not corrected before November 16, 2018, this action would be dismissed.

To date, Plaintiff has neither corrected the deficiencies nor sought an extension of time within which to do so. Accordingly, the complaint is DISMISSED without prejudice. Plaintiff may move to reopen this case if he submits the required truthful motion to proceed *in forma pauperis* and demonstrates good cause for his failure to comply with the Court's order.

SO ORDERED this 3rd day of December 2018 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　Hon. Vanessa L. Bryant
　　　　　　　　　　　　　　United States District Judge